# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149708 & (69)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JEFFREY LAKIETH DAVIS,
       Defendant-Appellant.

SC: 149708
COA: 308922
Wayne CC: 11-004851-FC

_____/

     On order of the Court, the motion to file supplemental pleading is GRANTED. The application for leave to appeal the June 5, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2015



Clerk

s0720